UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61902-CIV-DIMITROULEAS

KATHERINE W. YOUNG,

    Plaintiff,

vs.

BUDZIK & DYNIA, LLC,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Final Judgment [DE 8], filed herein on December 29, 2011.  The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Final Judgment [DE 8] is hereby **GRANTED**.

2. Final Default Judgment is hereby entered in favor of Plaintiff KATHERINE W. YOUNG and against Defendant BUDZIK & DYNIA, LLC, in the amount of $1,000.00 for Defendant's violation of the Fair Debt Collection Practices Act plus post judgment interest at the legal rate, for which let execution issue.

3. The Court retains jurisdiction in the matter of Plaintiff's attorney's fees and costs.

4. The Clerk shall **CLOSE this case**, and any pending motions not otherwise ruled

upon are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Budzik & Dynia, LLC
c/o: Chirag Kabrawala
Suite 600
390 North Orange Avenue
Orlando, FL 32801