UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61902-Civ-Dimitrouleas/Snow

KATHERINE W. YOUNG,

    Plaintiff,

v.

BUDZIK & DYNIA, LLC,

    Defendant.

_____/

### SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 12) entered February 1, 2012 against, Budzik & Dynia, LLC, acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Katherine W. Young

STATE OF FLORIDA    )
                                ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this __16__ day of __April__, 2012 by Katherine W. Young, who is personally known to me or who produced __FL D.L.__ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:



SANDRA W. FILLICHIO
Notary Public - State of Florida
My Comm. Expires May 16, 2016
Commission # EE 177023

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61902-Civ-Dimitrouleas/Snow

KATHERINE W. YOUNG,

    Plaintiff,

v.

BUDZIK & DYNIA, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/Donald A. Yarbrough
                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Terrence M. Fogarty, Esq.
Budzik & Dynia, LLC
Suite 801
4849 North Milwaukee Avenue
Chicago, IL 60630
Telephone: 773-945-0596
Facsimile: 773-427-1912

Via U.S. Mail